UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>NATUROPATHICA HOLISTIC HEALTH, INC.,<br><br>       Defendant. | ECF CASE<br><br>No.: 1:20-cv-09022-JMF |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice and without costs and/or fees under Fed. R. Civ. P. 41(a)(1)(A)(i).  Because no motion for class certification has been filed, and no class has been certified, this matter may be dismissed voluntarily without class notice or court approval.

Dated:  November 20, 2020
       New York, New York

                                    s/Christopher H. Lowe
                                    Christopher H. Lowe
                                    LIPSKY LOWE LLP
                                    420 Lexington Ave., Suite 1830
                                    New York, New York 10170
                                    chris@lipskylowe.com
                                    Tel: 212.392.4772
                                    *Attorneys for Plaintiff*